1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARLENA DAWSON, et al.,

    Petitioners-Plaintiffs,

  v.

NATHALIE ASHER, et al.,

    Respondents-Defendants.

Case No. C20-0409-JLR-MAT

ORDER DIRECTING SERVICE AND
SETTING BRIEFING SCHEDULE

   Petitioners-Plaintiffs ("plaintiffs"), detainees at the Northwest ICE Processing Center[1] in Tacoma, Washington, have filed through counsel a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Injunctive Relief and a motion for a temporary restraining order directing.  (Dkts. 1, 2.)  Having reviewed plaintiffs' submissions, the Court ORDERS:

   (1)  If not previously accomplished, electronic posting of this Order and plaintiffs' § 2241 habeas petition shall effect service upon the United States Attorney of the petition, motion for temporary restraining order, and all supporting documents.  Service upon the United States Attorney is deemed to be service upon the named respondents-defendants ("defendants").

---

[1] The Northwest ICE Processing Center was formerly known as the Northwest Detention Center.

ORDER DIRECTING SERVICE AND
SETTING BRIEFING SCHEDULE - 1

(2)     Defendants shall file a response to plaintiffs' motion for a temporary restraining order by **noon on Wednesday, March 18, 2020**.  Plaintiffs shall file a reply only if ordered by the Court.

(3)     The Clerk is directed to RE-NOTE plaintiffs' motion for a temporary restraining order (Dkt. 2) for March 18, 2020, and to send copies of this order to the parties and the Honorable James L. Robart.

Dated this <u>16th</u> day of March, 2020.


Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING SERVICE AND
SETTING BRIEFING SCHEDULE - 2