UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARLENA DAWSON, et al.,<br><br>Petitioner-Plaintiffs,<br><br>v.<br><br>NATHALIE ASHER, et al.,<br><br>Respondent-Defendants. | CASE NO. C20-0409JLR-MAT<br><br>ORDER TO SHOW CAUSE |

Before the court is Respondent-Defendants Nathalie Asher, Matthew T. Albence, Steven Langford, and United States Immigration and Customs Enforcement ("ICE") (collectively, "Defendants") response to Petitioner-Plaintiffs Karlena Dawson, Alfredo Espinoza Esparza, Normal Lopez-Nunez, Marjoris Ramirez Ochoa, Maria Gonzalez Mendoza, Joe Hlupheka Bayana, Leonidas Plutin Hernandez, Kelvin Melgar Alas, and Jesus Gonzalez Herrera's (collectively, "Plaintiffs") motion for a temporary restraining order ("TRO"). (*See* Resp. (Dkt. # 28); *see also* Mot. (Dkt. # 2).)

//

ORDER - 1

Defendants' response raises a challenge to Plaintiffs' Article III standing. (*See* Resp. at 7-11.) Standing is a threshold jurisdictional matter. *See Lowry v. Barnhart*, 329 F.3d 1019, 1022 (9th Cir. 2003) (citing *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94 (1998)); *Maya v. Centex Corp.*, 658 F.3d 1060, 1068 (9th Cir. 2011). However, Plaintiffs have not yet had an opportunity to respond to Defendants' jurisdictional challenge. (*See generally* Dkt.) Therefore, the court ORDERS Plaintiffs to show cause why this case should not be dismissed for lack of standing.

Plaintiffs shall file their response to this order by Wednesday, March 25, 2020. Plaintiffs' response shall not exceed 10 pages in length and shall be limited solely to the question of Article III standing and the court's subject matter jurisdiction. Defendants may, but are not required to, file a reply to Plaintiffs' response by Tuesday, March 31, 2020. If Defendants file a reply, their reply shall not exceed 10 pages.

Dated this 20th day of March, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2