UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARLENA DAWSON, et al.,<br><br>　　　　Petitioner-Plaintiffs,<br>　v.<br><br>NATHALIE ASHER, et al.,<br><br>　　　　Respondent-Defendants. | CASE NO. C20-0409JLR-MAT<br><br>ORDER SETTING BRIEFING SCHEDULE |

Before the court is Petitioner-Plaintiffs' ("Plaintiffs") second motion for a temporary restraining order (2d TRO (Dkt. # 36)) and the court's order to show cause regarding standing (OSC (Dkt. # 34)). The court ORDERS Respondent-Defendants ("Defendants") to file a brief that includes (1) Defendants' response to Plaintiffs' second motion for a temporary restraining order; and (2) a reply, if any, to Plaintiffs' pending response to the court's order to show cause regarding standing. (*See* OSC at 2 (directing Plaintiffs to file their response to the court's order to show cause by March 25, 2020).) Defendants shall file this brief by noon on Monday, March 30, 2020. The court further

ORDER - 1

1 | VACATES Defendants' prior March 31, 2020, deadline to file a reply, if any, to
2 | Plaintiffs' response to the court's order to show cause.  (*See id.* at 2).
3 |     Dated this 25th day of March, 2020.

 

                                                  */s/ James L. Robart*

                                                  JAMES L. ROBART
                                                  United States District Judge