UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARLENA DAWSON, et al.,<br><br>                     Petitioners,<br>    v.<br><br>NATHALIE ASHER, et al.,<br><br>                     Respondants. | CASE NO. C20-0409JLR-MAT<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE AN AMICI BRIEF AS MOOT |

Before the court is correctional health and human rights experts Joseph Bick, M.D., Robert L. Cohen, M.D., Joe Goldenson, M.D., Kathryn Hampton, MSt., Ranit Mishori, M.D., M.H.S., Michael Puisis, O.D., and Brie Williams, M.D.'s (collectively, "Movants") motion for leave to file a brief as amici curiae. (Mot. (Dkt. # 60).) Movants filed their motion just four days after Petitioners filed their second motion for a temporary restraining order. (*See id.*; *see also* 2d TRO Mot. (Dkt. # 36).) Because the court has already ruled on Petitioner's second motion for a temporary restraining order (*see* 4/8/20 Order (Dkt. # 91)), the court DENIES the motion (Dkt. # 60) as MOOT.

ORDER - 1

1 However, in ruling on Petitioner's second motion for a temporary restraining order, the
2 court notes that it considered all relevant materials on the docket at the time, including
3 Movants' proposed amicus brief.  (*See* 4/8/20 Order at 2.)

4       Dated this 11th day of May, 2020.

JAMES L. ROBART
United States District Judge